1  MICHAEL CYPERS - State Bar No. 100641
   mcypers@glaserweil.com
2  AMIN AL-SARRAF - State Bar No. 265116
   aalsarraf@glaserweil.com
3  JULIA B. CHERLOW - State Bar No. 290538
   jcherlow@glaserweil.com
4  GLASER WEIL FINK HOWARD
     AVCHEN & SHAPIRO LLP
5  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
6  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
7
   Attorneys for
8  Lydia Security Monitoring, Inc. dba
   COPS Monitoring
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                     WESTERN DIVISION

13

| | |
|---|---|
| FLORENCIO PACLEB, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COPS MONITORING, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-01366-CAS-JC<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>**[CHANGES MADE BY COURT TO PARAGRAPHS 12B, 13, 17, 25]**<br><br>Action filed:  February 24, 2014 |

967418

The Court, having received and reviewed papers submitted in connection with the parties' Stipulated Protective Order,

Satisfactory proof having been made, and good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulated Protective Order is entered with the following modifications:

1. Paragraph 12b is modified to insert "Except as may otherwise be ordered by the Court," at the beginning of the sentence that currently reads "Any person other than the witness, his or her attorney(s), or any person qualified to receive Protected Information under this Order shall be excluded from the portion of the examination concerning such information, unless the Producing Party consents to persons other than qualified recipients being present at the examination."

2. Paragraph 13 is modified to read as follows: "All transcripts of depositions, exhibits, answers to interrogatories, pleadings, briefs and other documents submitted to the Court that have been designated as Protected Information or which contain information so designated, shall be submitted for filing under seal in a manner prescribed by the Court for such filings under Local Rule 79-5.1 and any other applicable rules."

3. Paragraph 17 is modified to read as follows: "Where Protected Information is used at trial, it is the burden of the Designating Party whose documents or materials are being used to seek arrangements with the Court designed to ensure that its Protected Information remains confidential; however, where Protected Information is to be used at trial by a party other than the Designating Party, the Designating Party must be notified at least ten (10) days before trial, so that the Designating Party is able to seek arrangements with the Court designed to ensure that its Protected Information remains confidential."

4. The last sentence of paragraph 25 is modified to read as follows: "If a Producing Party does not take steps to prevent disclosure of such documents within ten (10) business days of the date written notice is given, or if otherwise required by court order or law, the party to whom the referenced subpoena is directed may produce such documents in response thereto."

**IT IS SO ORDERED**.

DATED: November 25, 2014

By  /s/ Jacqueline Chooljian
      Hon. Jacqueline Chooljian
      United States Magistrate Judge