JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO PACLEB, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>COPS MONITORING, AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,<br><br>Defendants. | Case No. **2:14-cv-01366-CAS-JC**<br><br>**ORDER** |

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and upon review of the Stipulation of Voluntary Dismissal of all parties who have appeared, the above-captioned action is hereby dismissed (a) with prejudice as to plaintiff's individual claims and (b) without prejudice as to the claims of members of the putative class, each party to bear its own costs and attorneys' fees.

Dated this 18th day of February, 2015.

*/s/ Christina A. Snyder*

The Honorable Christina A. Snyder
Unites States District Court Judge

998807.1